*R. Branch, Harry S. Ridgely,* and *Paul D. Miller* for the United States.

No. 657. SPOKANE, PORTLAND & SEATTLE R. Co. *v.* CROSS, ADMINISTRATRIX. March 2, 1931. Petition for writ of certiorari to the Supreme Court of Washington denied. *Messrs. Charles H. Carey, Charles A. Hart,* and *Charles E. McCulloch* for petitioner. No appearance for respondent.

No. 658. O. H. INGRAM Co. *v.* WISCONSIN TAX COMMISSION ET AL. March 2, 1931. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. P. M. Beach* for petitioner. *Mr. John W. Reynolds* for respondents.

No. 659. MACON, DUBLIN & SAVANNAH R. Co. *v.* GENERAL REDUCTION Co. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles Akerman* for petitioner. *Mr. George S. Jones* for respondent.

No. 661. JAMES RICHARDSON & SONS, LTD., ET AL. *v.* JENKINS STEAMSHIP Co. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles W. Greenfield* for petitioners. *Messrs. Sherwin A. Hill* and *Thomas H. Garry* for respondent.

No. 666. DASHIELL MOTOR Co. *v.* UNITED STATES. March 2, 1931. Petition for writ of certiorari to the Cir-